FILED

03/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0008

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0008

STATE OF MONTANA,

Plaintiff and Appellee,

vs.

CHELSEA CUMBAA,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 7, 2020, within which to prepare, serve, and file her reply brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 31 2020